IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-30090
Conference Calendar

_____


RICHARD A. DARBY,

                                        Plaintiff-Appellant,

versus

JOE STOREY; LYNN BAMBURG,

                                        Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 97-CV-625
- - - - - - - - - -
February 10, 1999

Before BARKSDALE, and EMILIO M. GARZA, Circuit Judges.[*]

PER CURIAM:[**]

Richard A. Darby, Louisiana inmate #387223, challenges the
dismissal of his civil rights complaint. We have carefully
reviewed Darby's arguments and the appellate record. Darby had
not exhausted his administrative remedies, through the parish
jail grievance procedures, when he filed his complaint. The
district court did not err in dismissing the complaint for want
of administrative exhaustion. See 42 U.S.C. 1997e(a); Underwood

_____

[*]This matter is being decided by a quorum. 28 U.S.C. §
46(d).

[**] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

v. Wilson, 151 F.3d 292, 296 (5th Cir. 1998).

AFFIRMED.